```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JOE HAND PRODUCTIONS, INC.,

                        Plaintiff,
                                                                    JUDGMENT
            - against -                                             12-CV-3828 (RRM) (RER)

JOHN ZAFARANLOO; STEWART A.
FORTUNATO; DADDY O'S BBQ & SPORTS
BAR, INC., d/b/a DADDY O'S BBQ,

                        Defendants.
------------------------------------------------------------X
```

An Order of the undersigned having been filed this day, adopting the Report and Recommendation of Magistrate Judge Ramon E. Reyes, Jr., and awarding fees and costs to Joe Hand Productions, Inc., it is hereby

ORDERED, ADJUDGED, and DECREED that plaintiff is hereby awarded $5065.80 in damages against defendants jointly and severally, comprising $1153.95 in actual damages, $3461.85 in enhanced damages, and $450.00 in costs, together with any post-judgment interest.

*Roslynn R. Mauskopf*

Dated: Brooklyn, New York
       April 1, 2014

_____
ROSLYNN R. MAUSKOPF
United States District Judge